JOSEPH UPPER et al., Appellants, *v.* CALVIN SCRIPTURE, Respondent.

(Argued October 9, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 15, 1887, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*Alex. Thain* for appellants.

*Porter & Walts* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JULIUS S. DRESSER, Respondent, *v.* THE UNITED FIREMEN'S INSURANCE COMPANY of Pennsylvania et al., Appellants.

(Submitted October 9, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 1, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*I. D. Garfield* for appellants.

*J. R. Swan* for respondent.

Agree to affirm; no opinion.
All concur, except FOLLETT, Ch. J., not sitting.
Judgment affirmed.